```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
                                                                     :
YVELISE CABRERA,                                                     :
                                                                     :
                              Plaintiff,                             :
                                                                     :       22-cv-6349 (LJL)
              -v-                                                    :
                                                                     :           ORDER
ANYELISA REST. CORP. DBA JUSTINE                                     :
RESTAURANT AND RUBEN DICHARDO,                                       :
                                                                     :
                              Defendants.                            :
                                                                     :
---------------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/17/2023

LEWIS J. LIMAN, United States District Judge:

On June 15, 2023, the Court entered an order finding non-party Justine Restaurant a/k/a El Justine ("Justine") in civil contempt for failing to respond to the Court's subpoenas served on March 4, 2023 and for failing to appear at the June 9, 2023 show cause hearing. Dkt. No. 50. The Court's June 15, 2023 order continued the matter to July 14, 2023 and indicated that if Justine failed to comply with the order by that date, the Court reserved its right to increase or alter the civil contempt fine. Justine failed to appear at the hearing and has not complied with the subpoena.

Accordingly, it is HEREBY ORDERED that the daily civil contempt fine will increase to $250 per day if, within 14 days of the date of this Order, Justine has failed to produce the documents and information required by the subpoena or has not submitted a letter to the Court explaining its non-compliance.

It is also ORDERED that Plaintiff make service of this Order and the June 15, 2023 order, along with a copy of the subpoena, directly on Justine within three business days of the date of this Order.

SO ORDERED.

Dated: July 17, 2023
       New York, New York                    _____
                                             LEWIS J. LIMAN
                                             United States District Judge