```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/5/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
YVELISE CABRERA,                                                   :
                                                                   :
                        Plaintiff,                                 :
                                                                   :          22-cv-6349 (LJL)
        -v-                                                        :
                                                                   :          ORDER
ANYELISA REST. CORP. d/b/a JUSTINE                                 :
RESTURANT and RUBEN DICHARDO,                                      :
                                                                   :
                        Defendants.                                :
                                                                   :
-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

    The Court hereby ORDERS Plaintiff to show cause, by filing a letter on the docket no later than May 5, 2024, why the Court should not dismiss this action without prejudice due to Plaintiff's inability to locate the Defendant and thus prosecute this case.

    SO ORDERED.

Dated: April 5, 2024
       New York, New York                    _____
                                                     LEWIS J. LIMAN
                                                  United States District Judge